**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Dated: April 14 2011

Mary Ann Whipple
United States Bankruptcy Judge

BK1102355
SRD

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT TOLEDO

| IN RE: | Case No. 11-30551 |
|---|---|
| Timothy A. Tigges<br>Geraldine M. Tigges | Chapter 7 |
| | Judge Whipple |
| Debtors | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT 1728 MILLS STREET, SANDUSKY, OH 44870** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket **9**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the

Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 1728 Mills Street Sandusky, OH 44870.

SUBMITTED BY:

/s/ Steven H Patterson
Steven H Patterson, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0073452
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3373
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Ann S Giesler, Esq. - Attorney for Debtors
Eight Harbour Parkway at The Harbour
Sandusky, OH 44870
attgiesler@aol.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Steven H Patterson, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Timothy A. Tigges - Debtor
1728 Mills Street
Sandusky, OH 44870
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Geraldine M. Tigges - Debtor
1728 Mills Street
Sandusky, OH 44870
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Louis J. Yoppolo - Trustee
1200 Edison Plaza 300 Madison Avenue
Toledo, OH 43604-1556
yoppolo-tr@snhslaw.com
VIA ELECTRONIC SERVICE